# ELECTRONIC RECORD

*1676·14*
*1677·14*
*1678·14*

02-14-00068-CR                     AGGRAVATED ROBBERY

02-14-00069-CR                     AGGRAVATED ASSAULT

COA #   02-14-00070-CR            OFFENSE:   ATT. AGG. KIDNAPPING

STYLE:   JONES, RORY              COUNTY:   Denton

COA DISPOSITION:   AFFIRM         TRIAL COURT:   211th District Court

                                  F-2014-0079-C, F-2014-0080-C & F-
DATE: 11/20/14        Publish: NO  TC CASE #:   2014-0081-C

## IN THE COURT OF CRIMINAL APPEALS

*1676·14  1677·14*
*1678·14*

STYLE:   JONES, RORY v.          CCA #:   *1678·14*

_PRO  SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_DISMISSED  AS  UNTIMELY_          JUDGE: _____

DATE: _____3/4/2015_____          SIGNED: _____        PC: _____

JUDGE: _____Per Curiam_____        PUBLISH: _____       DNP: _____

-------------------------

_PRO  SE_____ MOTION FOR

REHEARING IN CCA IS: _denied_____

JUDGE: _PC  April 15, 2015_____

## ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**4/16/2015
JONES, RORY**

**Tr. Ct. No. F-2014-0081-C**

**COA No. 02-14-00070-CR
PD-1678-14**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *